| | |
|---|---|
| 1 | COUNTRYMAN & McDANIEL |
| | MICHAEL S. McDANIEL    [State Bar No. 66774] |
| 2 | McD@cargolaw.com |
| | CHRISTOPH M. WAHNER [State Bar No. 240349] |
| 3 | cmw@cargolaw.com |
| | LAX Airport Center, Eleventh Floor |
| 4 | 5933 West Century Boulevard |
| | Los Angeles, California 90045 |
| 5 | Telephone:  (310) 342-6500 |
| | Facsimile:  (310) 342-6505 |
| 6 | |
| | Attorneys for defendant and cross-claimant, SERVICE BY AIR, INC. |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | GENERCON CORPORATION, a California ) | Case No.  EDCV11-01486 CAS (SPx) |
| 12 | corporation, d/b/a GENSUN CASUAL LIVING ) COMPANY, ) | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| 13 | Plaintiff, ) | |
| 14 | v. ) | **JS-6** |
| 15 | ) LEISURE BAY INDUSTRIES, INC., a Florida ) | |
| 16 | corporation, REC WAREHOUSE, INC., a Florida ) corporation, REC WAREHOUSE, LLC, a Florida ) | |
| 17 | limited liability company, SERVICE BY AIR, INC., ) A business entity, Does 1-20, inclusive, ) | |
| 18 | Defendants. ) | |
| 19 | _____ ) ) | |
| 20 | SERVICE BY AIR, INC., ) ) | |
| 21 | Cross-Claimant, ) ) | |
| 22 | v. ) ) | |
| 23 | LEISURE BAY INDUSTRIES, INC.; REC ) WAREHOUSE, INC.; REC WAREHOUSE, LLC; ) | |
| 24 | and Roes 1 through 10, inclusive, ) ) | |
| 25 | Cross-Defendants. ) _____ ) | |

27 ///

28 ///

| | |
|---|---|
| EDCV11-01486 CAS (SPx) | [PROPOSED] ORDER DISMISSING COMPLAINT |

1 | Premised upon the Stipulation by and between Plaintiff GENERCON CORPORATION d/b/a GENSUN CASUAL LIVING COMPANY ("GENERCON") and defendant SERVICE BY AIR, INC. ("SBA"),

IT IS HEREBY ORDERED that the complaint of GENERCON in the above-captioned action is hereby dismissed as to SBA, <u>with prejudice</u>, with each party to bear their own costs and attorneys' fees. All named defendants having now been dismissed from GENERCON's complaint, the complaint is hereby dismissed in its entirety.

Dated: June 19, 2012  _____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE